**Shante WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101058**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: February 17, 2015

Amanda P. Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Attorney General, P.O.

Box 899, Jefferson City, MO 65102–0899, for Respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

## ORDER

PER CURIAM.

Shante Wright appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary. hearing. Wright argues that his trial counsel was ineffective for advising him to testify in his own defense. We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).